JOSEPH F. SINNOTT, Individually, and as Surviving Partner of ANDREW F. MOORE, Deceased, Appellant, *v.* THE GERMAN-AMERICAN BANK OF ROCHESTER, Respondent, Impleaded with Another.

(Submitted December 10, 1900; decided January 22, 1901.)

Motion for reargument denied, with ten dollars costs.   (See 164 N. Y. 386.)

---

WILLIAM HUGHES, as Trustee of MAUD A. CUMING, Respondent, *v.* MARI A. CUMING, Appellant.

(Submitted January 7, 1901; decided January 22, 1901.)

Motion for reargument denied, with ten dollars costs.   (See 165 N. Y. 91.)

---

CHARLES A. BROWN et al., Composing the Firm of BROWN & FLEMING, Appellants, *v.* WILLIAM CODY et al., Composing the Firm of CODY BROTHERS, Respondents.

(Submitted January 7, 1901; decided January 22, 1901.)

Motion for reargument denied, with ten dollars costs.   (See 164 N. Y. 594.)